UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LONZAYA WILLIAMS,**  Plaintiff,  vs.  **ENHANCED RECOVERY COMPANY LLC,**  Defendant. | Case No.: 22-cv-02787-YGR  **ORDER TO SHOW CAUSE REGARDING FAILURE TO PROSECUTE** |

TO PARTIES AND THEIR COUNSEL OF RECORD:

On May 27, 2022, this Court granted defendant's motion for a more definite statement and ordered plaintiff to file an amended complaint by June 30, 2022. (Dkt. No. 14.) Plaintiff has not done so. Plaintiff is hereby **ORDERED TO SHOW CAUSE** within fourteen (14) days of this order why this case should not be dismissed for failure to prosecute.

Additionally, the case management conference set for August 22, 2022 is vacated.

**IT IS SO ORDERED.**

Date: August 17, 2022

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE