# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LONZAYA WILLIAMS**, <br><br> Plaintiff, <br><br> vs. <br><br> **ENHANCED RECOVERY COMPANY, LLC**, <br><br> Defendant. | Case No.: 22-CV-2787 YGR <br><br> **ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

By Order issued August 17, 2022, plaintiff was provided a second opportunity to file an amended complaint which had been due by June 30, 2022 or the case would be dismissed for failure to prosecute. As of September 9, 2022, plaintiff has not filed the amended complaint or otherwise responded. Therefore, this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Date: September 12, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**